**Donald W. RAMSEY v. Arthur J. MELLOTT, United States District Judge, District of Kansas.**

**No. 3687.**

Circuit Court of Appeals, Tenth Circuit.

April 6, 1948.

No appearance for either party.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

PER CURIAM.

Petition for writ of mandamus denied April 6, 1948.